1  Cyrus Safa
   Attorney at Law: 282971
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Victoria M. Yepez
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                          **SOUTHERN DIVISION**
9

10

11 | VICTORIA M. YEPEZ,                    ) Case No.:  CV 12-9210 RZ
                                           )
12 |                                       ) /~~PROPOSED~~/ ORDER OF
                  Plaintiff,               ) DISMISSAL
13 |                                       )
             vs.                           )
14 | CAROLYN W. COLVIN, Acting             )
     Commissioner of Social Security,      )
15 |                                       )
                                           )
16 |             Defendant.                )
                                           )
17

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20

21
   IT IS SO ORDERED.
22 DATE:   April 12, 2013              [signature]

23
                       THE HON. RALPH ZAREFSKY
24                     UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | DATE: April 8, 2013            Respectfully submitted,

2 |                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ Cyrus Safa
3 |                            BY: _____
                                   Cyrus Safa
4 |                                Attorney for plaintiff Victoria M. Yepez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  CV 12-9210 SVW MLG**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 8, 2013.

 I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff
_____

-3-